THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES A. HOOK,

    Plaintiff,

v.

PIKE COUNTY, et al.,

    Defendants.

CIVIL ACTION NO. 3:23-CV-1204
(JUDGE MARIANI)
(Magistrate Judge Carlson)

## ORDER

AND NOW, THIS _____ DAY OF JUNE, 2024, upon *de novo* review of Magistrate Judge Martin C. Carlson's Report & Recommendation ("R&R") (Doc. 42), Plaintiff James A. Hook's Objections to the R&R (Doc. 44), and all other relevant documents, for the reasons explained in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Objections (Doc. 44) are **OVERRULED**;

2. The R&R (Doc. 42) is **ADOPTED AS MODIFIED** for the reasons discussed therein;

3. Plaintiff's Motion to Appoint Guardian Ad Litem (Doc. 41) is **DENIED**;

4. Defendants' Motion to Dismiss (Doc. 31) is **GRANTED IN PART** as to Hook's claims for declaratory or injunctive relief;

5. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** as to his claims for declaratory and injunctive relief;

6. Plaintiff's Complaint (Doc. 1) is **STAYED** as to Hook's claims for monetary relief pending the resolution of Hook's ongoing criminal and familial proceedings.

7. The Clerk of Court is directed to **CLOSE** the case for statistical purposes only.[1]

Robert D. Mariani
United States District Judge

---

[1] Within 60 days of the termination of Plaintiff's criminal and familial proceedings, Plaintiff shall file a status update indicating whether he would like for the case to proceed as to his claims for monetary relief.